# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TOU VUE,

    Plaintiff,

v.                                          Case No: 8:13-cv-3128-T-30EAJ

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. #15) and the Objections (Dkt. #16) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #15) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.    The decision of the Defendant Commissioner is AFFIRMED.

3.    This case is DISMISSED, with each party to bear its own costs and expenses.

    4.      The Clerk is directed to enter judgment in favor of the Defendant consistent with 42 U.S.C. §§ 405(g) and 1383(c)(3).

    5.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of February, 2015.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies Furnished To</u>:
Counsel/Parties of Record

S:\Even\2013\13-cv-3128 adopt 15.docx